# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2439

_____

JAMES ALEXANDER LOGAN,

Petitioner,

v.

RICKY D. DIXON, Secretary,
D.O.C. and WARDEN UNION C.I.,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 2, 2026

PER CURIAM.

DISMISSED.

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Alexander Logan, pro se, Petitioner.

Shirtrina Niquita Roberts, Assistant General Counsel, Tallahassee, for Respondents.